**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7583

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANGELO DEMOND DAVIS,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Richard L. Voorhees, District Judge. (3:04-cr-00030; 3:06-cv-00022-V-1)

Submitted: February 22, 2007        Decided: March 1, 2007

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Angelo Demond Davis, Appellant Pro Se. Amy Elizabeth Ray, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina; Gretchen C.F. Shappert, United States Attorney, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angelo Demond Davis appeals from the district court's order denying relief on his motions for reconsideration filed pursuant to Fed. R. Civ. P. 60(b). Our review of the record discloses that this appeal is without merit. Davis's motions for reconsideration do not demonstrate that his motion filed pursuant to 28 U.S.C. § 2255 (2000) was improperly dismissed. We therefore find that the district court's denial of his motions for reconsideration was not an abuse of discretion. Accordingly, we deny leave to proceed in forma pauperis, and affirm the district court's order on the reasoning of the district court. See United States v. Davis, Nos. 3:04-cr-00030, 3:06-cv-00022-V-1 (W.D.N.C. Aug. 15, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED